UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDUARDO COLON-NALES,

   Petitioner,

v.                                            Case No. 5:21cv168-TKW-MJF

ACTING WARDEN HARRISON,
FCI MARIANNA,

   Respondent.

_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the §2241 habeas petition challenging a prison disciplinary action is due to be denied on the merits because the record establishes that Petitioner was afforded due process and the disciplinary action was supported by some evidence. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	The petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

3.	The Clerk shall close the case file.

**DONE and ORDERED** this 27th day of May, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**